WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Jesus Javier Esquerra,<br><br>      Defendant. | CR 03-629-1-PHX-EHC<br><br>**<u>ORDER</u>** |

      A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 19, 2007.

      **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

      **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

      **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

      DATED this 24th day of October, 2007.

Lawrence O. Anderson
United States Magistrate Judge